UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

| | |
|---|---|
| IN RE: Ramona Lee Taylor <br><br> Federal Home Loan Mortgage Corporation <br><br> Movant <br><br> v. <br><br> Ramona Lee Taylor <br> Debtor <br> a <br> Kenneth West, Esquire <br><br> Additional Respondent | Chapter 13 <br> No.    21-10845 MDC |

**DEBTORS ANSWER TO THE MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR RELIEF FROM AUTOMATIC STAY**

Ramona Lee Taylor, Debtor(s), by and through counsel, Anthony A. Frigo, Esquire, respectfully request the entry of an Order denying Motion of Federal Home Loan Mortgage Corporation for Relief from Automatic Stay and in support thereof aver as follows:

1. Admitted.

2. Admitted.

3. Denied. The Debtor(s) is/are without information sufficient to either admit or deny the averments of this paragraph and they are therefore denied. Strict proof is demanded.

4. Admitted.

5. Denied. The averments of this paragraph are conclusions of law to which no response is required. They are, therefore, denied. Strict proof is demanded.

6. Denied. Debtor is current.

7. Denied. Debtor is Current

8. Denied. The averments of this paragraph are conclusions of law to which no response is required. They are, therefore, denied. Strict proof is demanded.

9. Admitted.

10. Denied. The averments of this paragraph are conclusions of law to which no response is required. They are, therefore, denied. Strict proof is demanded.

WHEREFORE, Debtors respectfully request the entry of an ORDER in the form attached denying Movant's request for an order granting relief from the Automatic Stay.

Dated:   December 6, 2022                    /S/ Anthony A. Frigo
                                             Anthony A. Frigo, Esquire
                                             175 Strafford Ave., Suite One
                                             Wayne, PA 19087
                                             (O) (610) 687-7784
                                             (F) (610)687.7783
                                             Anthonyfrigo@msn.com