**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

IN RE: Ramona Lee Taylor               :          Chapter 13
                                       :          No.    21-10845-mdc

---

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The debtor, Ramona Lee Taylor, has/have filed a Motion to Modify Chapter 13 Plan After Confirmation with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case/adversarial proceding. (If you do not have an attorney, you may wish to consult one.)

1. If you do not want the court to grant the releif sought in the motion or if you want the court to consider your views on the motion, then on or before October 26, 2023 you or your attorney must do all of ther following:

   (a) file an answer explaining ypour position at

   Clerk of the Bankruptcy Court
   United States Bankruptcy Court
   For the Eastern District of Pennsylvania
   Robert C. Nix Building
   900 Market Street
   Philadelphia, PA 19107

   If you mail your answer to the Bankruptcy clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Anthony A. Frigo
   The Law Offices of Anthonyt A. Frigo
   175 Strafford Ave. Suite One
   Wayne, PA 19087
   610.687.8884

1. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on November 2, 2023 at 11:00 AM in Courtroom #2, United States Bankruptcy Court, Robert C. Nix Sr. Building, 900 Market Street, Philadellphia, PA 19107.  The Motion will be conducted via Teleconference at No. 1.877.336.1828 using access code 7855846.

3. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      4.    You may contact the Bankruptcy Court Office at (215) 408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: <u>October 4, 2023</u>