**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ramona Lee Taylor  :  Chapter 13
 :  No.    21-10845-mdc

### ORDER

AND NOW, this  3rd  day of  November , 2023, upon consideration of the within Motion to Modify Chapter 13 Plan After Confirmation, after notice and hearing thereon, it is hereby

**ORDERED** and **DETERMINED** that the Motion is hereby **GRANTED** and Debtor's Amended Plan is hereby **APPROVED** and upon receipt of the final payment by the Trustee discharge will be granted.

_____
Magdeline D. Coleman
Chief Judge
United States Bankruptcy Court E.D.PA