# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ramona Lee Taylor　　　　　　　　　　:　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　:　　　　　No.　　　21-10845-mdc

## ORDER

AND NOW, this 1st day of December, 2023, upon consideration of the Debtor's Attorney's Supplemental Application for Compensation and Reimbursement of Expenses, and Certificate of No Objection, it is hereby

ORDERED that the fee of $750.00 charged to the Debtor and costs of $0.00 incurred on behalf of Debtor be approved and that $750.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Magdeline D. Coleman
Chief Judge United States Bankruptcy Judge