IN THE UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | ) | |
| RAMONA LEE TAYLOR | ) | CASE NO.: 21-10845-amc |
| AKA RAMONA L. TAYLOR | ) | CHAPTER 13 |
| AKA RAMONA TAYLOR, | ) | JUDGE ASHELY M. CHAN |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| LEGACY MORTGAGE ASSET | ) | |
| TRUST 2019-GS6, | ) | |
| | ) | |
| MOVANT. | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| RAMONA LEE TAYLOR, DEBTOR | ) | |
| AND KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## ORDER APPROVING AMENDED STIPULATION ON MOTION FOR RELIEF

Upon consideration of the Amended Stipulation between Legacy Mortgage Asset Trust 2019-GS6 (Doc. 113), it

Is hereby **ORDERED** that the Stipulation is **APPROVED.**

Date: _____

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE