IN THE UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| RAMONA LEE TAYLOR ) | CASE NO.: 21-10845-amc |
| AKA RAMONA L. TAYLOR ) | CHAPTER 13 |
| AKA RAMONA TAYLOR, ) | JUDGE ASHELY M. CHAN |
| ) | |
| DEBTOR. ) | |
| ) | |
| LEGACY MORTGAGE ASSET ) | |
| TRUST 2019-GS6, ) | |
| ) | |
| MOVANT. ) | |
| ) | |
| V. ) | |
| ) | |
| RAMONA LEE TAYLOR, DEBTOR ) | |
| AND KENNETH E. WEST, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

**ORDER APPROVING AMENDED STIPULATION ON MOTION FOR RELIEF**

Upon consideration of the Amended Stipulation between Legacy Mortgage Asset Trust 2019-GS6 (Doc. 113), it

Is hereby **ORDERED** that the Stipulation is **APPROVED.**

Date: Aug. 23, 2024

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE