IN THE UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| RAMONA LEE TAYLOR ) | CASE NO.: 21-10845-amc |
| AKA RAMONA L. TAYLOR ) | CHAPTER 13 |
| AKA RAMONA TAYLOR, ) | JUDGE ASHELY M. CHAN |
| ) | |
| DEBTOR. ) | |
| ) | |
| FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION AS TRUSTEE FOR ) | |
| FREDDIE MAC SEASONED CREDIT ) | |
| RISK TRANSFER TRUST, SERIES ) | |
| 2019-3 AS SERVICED BY NEWREZ, ) | |
| LLC D/B/A SHELLPOINT MORTGAGE ) | |
| COMPANY, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| V. ) | |
| ) | |
| RAMONA LEE TAYLOR, DEBTOR ) | |
| AND KENNETH E. WEST, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-3 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

        Padgett Law Group
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312

**DATED** this 15th day of November 2024.    Respectfully submitted,
    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq.
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    josh.goldman@padgettlawgroup.com
    *Attorney for Movant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 15th day of November 2024:

*DEBTOR*
RAMONA LEE TAYLOR
825 LAFAYETTE ST.
COATESVILLE, PA 19320

*ATTORNEY*
ANTHONY A. FRIGO
THE LAW OFFICES OF ANTHONY A. FRIGO
175 STRAFFORD AVE, SUITE ONE
WAYNE, PA 19468
ANTHONYFRIGO@MSN.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107
INFO@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*