*Form 167* (1/25)–doc 124 – 123

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>   Ramona Lee Taylor  )<br>     aka Ramona L. Taylor  )<br>     aka Ramona Taylor  )<br>                   )<br>   Debtor(s).  )<br>                   ) | Case No. 21–10845–djb<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST

on: 12/11/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: November 12, 2025                                                                                  For The Court

                                                                                                                                    Mohung Wong
                                                                                                                                    Clerk of Court