Certificate Number: 03621-PAE-DE-040782951

Bankruptcy Case Number: 21-10845



03621-PAE-DE-040782951

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 26, 2026</u>, at <u>4:47</u> o'clock <u>PM EDT</u>, <u>Ramona L Taylor</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 26, 2026</u>         By:     <u>/s/Leylani Rivera</u>

Name:  <u>Leylani Rivera</u>

Title:   <u>Credit Counselor</u>