**Fill in this information to identify the case:**

Debtor 1     **RAMONA  LEE TAYLOR**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

                                                     (State)

Case Number    **21-10845-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made       **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:   5   5   9   3

**Property Address:**      825 LAFAYETTE STREET
                         Number       Street

                         COATESVILLE                PA     19320
                         City                                   State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ 1,390.56 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 1,390.56 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 1,390.56 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Kenneth E. West                                          Date    03/27/2026
Signature

Trustee     Kenneth E. West
First Name          Middle Name          Last Name

Address     190 N. Independence Mall West, Suite 701
Number       Street

Philadelphia                              PA      19106
City                                      State    ZIP Code

Contact phone   (215) 627-1377              Email  info@ph13trustee.com

| Debtor 1 | **RAMONA  LEE TAYLOR** | | Case Number **21-10845-DJB** | Page 1 |
| | Name | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 03/07/2022 | 3006981 | Disbursement To Creditor/Principal | 55.49 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 04/12/2022 | 3008347 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 05/11/2022 | 3009722 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 06/09/2022 | 3010973 | Disbursement To Creditor/Principal | 27.22 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 07/12/2022 | 3012247 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 08/16/2022 | 3013563 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 09/08/2022 | 3014771 | Disbursement To Creditor/Principal | 27.22 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 10/11/2022 | 3015899 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 11/15/2022 | 3017162 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 12/13/2022 | 3018475 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 01/10/2023 | 3019700 | Disbursement To Creditor/Principal | 27.22 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 03/09/2023 | 3022116 | Disbursement To Creditor/Principal | 54.46 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 04/12/2023 | 3023386 | Disbursement To Creditor/Principal | 27.22 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 05/09/2023 | 3024654 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 06/13/2023 | 3025827 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 07/13/2023 | 3026982 | Disbursement To Creditor/Principal | 27.22 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 08/15/2023 | 3028124 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 09/18/2023 | 3029299 | Disbursement To Creditor/Principal | 27.23 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 11/09/2023 | 3031305 | Disbursement To Creditor/Principal | 36.83 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 12/21/2023 | 4000236 | Disbursement To Creditor/Principal | 70.21 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 02/12/2024 | 4002003 | Disbursement To Creditor/Principal | 37.80 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 03/12/2024 | 4002928 | Disbursement To Creditor/Principal | 42.09 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 04/10/2024 | 4003846 | Disbursement To Creditor/Principal | 38.69 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 05/13/2024 | 4004754 | Disbursement To Creditor/Principal | 38.69 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 06/14/2024 | 4005679 | Disbursement To Creditor/Principal | 38.69 |
| 1 | FEDERAL HOME LOAN MORT | Secured Arrears Mortgage | 07/17/2024 | 4006637 | Disbursement To Creditor/Principal | 38.69 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 08/14/2024 | 4007808 | Disbursement To Creditor/Principal | 38.69 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 09/11/2024 | 4008653 | Disbursement To Creditor/Principal | 38.69 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 10/16/2024 | 4009518 | Disbursement To Creditor/Principal | 38.69 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 11/13/2024 | 4010435 | Disbursement To Creditor/Principal | 39.12 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 12/11/2024 | 4011266 | Disbursement To Creditor/Principal | 39.12 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 01/15/2025 | 4012113 | Disbursement To Creditor/Principal | 39.12 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 02/12/2025 | 4012984 | Disbursement To Creditor/Principal | 39.12 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 03/12/2025 | 4013829 | Disbursement To Creditor/Principal | 39.12 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 04/15/2025 | 4014686 | Disbursement To Creditor/Principal | 39.12 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 05/14/2025 | 4015566 | Disbursement To Creditor/Principal | 39.12 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 06/11/2025 | 4016420 | Disbursement To Creditor/Principal | 39.12 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 10/15/2025 | 4019775 | Disbursement To Creditor/Principal | 27.95 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 11/19/2025 | 4020668 | Disbursement To Creditor/Principal | 27.94 |
| 1 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 12/10/2025 | 4021547 | Disbursement To Creditor/Principal | 18.37 |

Total for Claim Number 1: 1,390.56

**Total for Part 3 - b (Prepetition Arrears):** **1,390.56**