**Fill in this information to identify the case:**

Debtor 1    **RAMONA  LEE TAYLOR**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Eastern District of Pennsylvania**

(State)

Case Number    **21-10845-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                     **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**  SELENE FINANCE LP

Court claim no.  (if known):
2

**Last 4 digits** of any number you use to identify the debtor's account:    2   1   1   1

**Property Address:**    825 LAFAYETTE STREET
Number        Street

COATESVILLE                                          PA      19320
City                                                          State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 7,551.31 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 7,551.31 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 7,551.31 |

**Part 4:**   **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $_____-0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $_____-0-

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice , the holder of the claim must file a response using Official Form 410C13-NR .**

✗/s/ Kenneth E. West                               Date    03/27/2026
Signature

Trustee        Kenneth E. West
              First Name        Middle Name        Last Name

Address        190 N. Independence Mall West, Suite 701
              Number        Street

              Philadelphia                         PA        19106
              City                                 State     ZIP Code

Contact phone    (215) 627-1377              Email   info@ph13trustee.com

| Debtor 1 | RAMONA LEE TAYLOR | | | Case Number 21-10845-DJB | Page 1 |
| | Name | | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 03/07/2022 | 3007101 | Disbursement To Creditor/Principal | 301.35 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 04/12/2022 | 3008471 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 05/11/2022 | 3009844 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 06/09/2022 | 3011089 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 07/12/2022 | 3012365 | Disbursement To Creditor/Principal | 147.86 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 08/16/2022 | 3013680 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 09/08/2022 | 3014872 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 10/11/2022 | 3016018 | Disbursement To Creditor/Principal | 147.86 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 11/15/2022 | 3017288 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 12/13/2022 | 3018578 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 01/10/2023 | 3019804 | Disbursement To Creditor/Principal | 147.86 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 03/09/2023 | 3022241 | Disbursement To Creditor/Principal | 295.71 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 04/12/2023 | 3023497 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 05/09/2023 | 3024766 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 06/13/2023 | 3025941 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 07/13/2023 | 3027088 | Disbursement To Creditor/Principal | 147.86 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 08/15/2023 | 3028231 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 09/18/2023 | 3029411 | Disbursement To Creditor/Principal | 147.85 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 11/09/2023 | 3031409 | Disbursement To Creditor/Principal | 200.08 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 12/21/2023 | 4000324 | Disbursement To Creditor/Principal | 381.24 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 02/12/2024 | 4002091 | Disbursement To Creditor/Principal | 205.28 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 03/12/2024 | 4003006 | Disbursement To Creditor/Principal | 228.57 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 04/10/2024 | 4003928 | Disbursement To Creditor/Principal | 210.10 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 05/13/2024 | 4004832 | Disbursement To Creditor/Principal | 210.11 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 06/14/2024 | 4005763 | Disbursement To Creditor/Principal | 210.10 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 07/17/2024 | 4006716 | Disbursement To Creditor/Principal | 210.11 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 08/14/2024 | 4007646 | Disbursement To Creditor/Principal | 210.10 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 09/11/2024 | 4008493 | Disbursement To Creditor/Principal | 210.11 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 10/16/2024 | 4009353 | Disbursement To Creditor/Principal | 210.10 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 11/13/2024 | 4010274 | Disbursement To Creditor/Principal | 212.44 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 12/11/2024 | 4011117 | Disbursement To Creditor/Principal | 212.44 |
| 2 | LEGACY MORTGAGE ASSET | Secured Arrears Mortgage | 01/07/2025 | 4010274 | Cancelled Check To Creditor/Principal | -212.44 |
| 2 | SELENE FINANCE LP | Secured Arrears Mortgage | 01/15/2025 | 4012110 | Disbursement To Creditor/Principal | 424.88 |
| 2 | SELENE FINANCE LP | Secured Arrears Mortgage | 02/12/2025 | 4012981 | Disbursement To Creditor/Principal | 212.44 |
| 2 | SELENE FINANCE LP | Secured Arrears Mortgage | 03/12/2025 | 4013826 | Disbursement To Creditor/Principal | 212.44 |
| 2 | SELENE FINANCE LP | Secured Arrears Mortgage | 04/15/2025 | 4014683 | Disbursement To Creditor/Principal | 212.44 |
| 2 | SELENE FINANCE LP | Secured Arrears Mortgage | 05/14/2025 | 4015563 | Disbursement To Creditor/Principal | 212.43 |
| 2 | SELENE FINANCE LP | Secured Arrears Mortgage | 06/11/2025 | 4016417 | Disbursement To Creditor/Principal | 212.44 |
| 2 | SELENE FINANCE LP | Secured Arrears Mortgage | 10/15/2025 | 4019772 | Disbursement To Creditor/Principal | 151.74 |
| 2 | SELENE FINANCE LP | Secured Arrears Mortgage | 11/19/2025 | 4020665 | Disbursement To Creditor/Principal | 151.74 |
| 2 | SELENE FINANCE LP | Secured Arrears Mortgage | 12/10/2025 | 4021544 | Disbursement To Creditor/Principal | 99.72 |

Total for Claim Number 2: 7,551.31

**Total for Part 3 - b (Prepetition Arrears):** **7,551.31**