**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Ramona Lee Taylor,**<br>**a/k/a Ramona L. Taylor,**<br>**a/k/a Ramona Taylor,**<br>**Debtor**<br><br>**Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST**<br>**Movant**<br><br>**v.**<br><br>**Ramona Lee Taylor,**<br>**Debtor/Respondent**<br><br>**Kenneth E. West,**<br>**Trustee/Respondent** | **Bankruptcy No. 21-10845-djb**<br><br>**Chapter 13** |

# NOTICE OF RE-LIST
## MOTION FOR RELIEF FROM AUTOMATIC STAY
## RESPONSE DEADLINE AND HEARING DATE

Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST (“Movant”) has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1), including costs and disbursements of this action, and for such other and further relief as the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **May 19, 2026, you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

   **(a)** File an answer explaining your position at: United States Bankruptcy Court, Office of the Court Clerk, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

**(b)** Mail a copy to the Movant's attorney:

Robert Shearer, Esquire
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Email: rshearer@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Derek J Baker** on **June 4, 2026, at 11:00 AM in Courtroom Suite 201, United States Bankruptcy Court,** Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA 19107**.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: May 4, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Robert Shearer
Robert Shearer
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Ramona Lee Taylor,**<br>**a/k/a Ramona L. Taylor,**<br>**a/k/a Ramona Taylor,**<br>**Debtor**<br><br>**Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST**<br>**Movant**<br><br>**v.**<br><br>**Ramona Lee Taylor,**<br>**Debtor/Respondent**<br><br>**Kenneth E. West,**<br>**Trustee/Respondent** | **Bankruptcy No. 21-10845-djb**<br><br>**Chapter 13** |

**CERTIFICATE OF SERVICE**

I, Robert Shearer, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on May 4, 2026, I served copies of the **Notice of Motion** on the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Service List**

Ramona Lee Taylor
825 Lafayette St.
Coatesville, PA 19320

ANTHONY A. FRIGO
The Law Offices of Anthony A. Frigo
175 Strafford Ave
Suite One
Wayne, PA 19468

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Robert Shearer
Robert Shearer
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com