United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 21-10845-djb

Ramona Lee Taylor                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID                    Recipient Name and Address**
db                         + Ramona Lee Taylor, 825 Lafayette St., Coatesville, PA 19320-2626

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 29 2026 01:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2026 01:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name                        Email Address**

ANTHONY A. FRIGO
    on behalf of Debtor Ramona Lee Taylor anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Valley jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

District/off: 0313-2                     User: admin                                    Page 2 of 2
Date Rcvd: May 28, 2026                  Form ID: 138FIN                                 Total Noticed: 3

JORDAN MATTHEW KATZ
          on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
          SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST jkatz@raslg.com

JOSHUA I. GOLDMAN
          on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust
          Series 2019-3 as serviced by NewRez LLC d/b/a Shellpoint Josh.Goldman@padgettlawgroup.com,
          bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

JOSHUA I. GOLDMAN
          on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS6 Josh.Goldman@padgettlawgroup.com
          bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KAITLIN D. SHIRE
          on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust
          Series 2019-3 c/o Hill Wallack kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
          on behalf of Creditor Regional Acceptance Corporation kebeck@metzlewis.com
          btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL
          on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit
          Risk Transfer Trust, Series 2019-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
          on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
          on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
          SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com

ROBERT BRIAN SHEARER
          on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
          SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*Form 138FIN* (6/24)–doc 141 – 139

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
    Ramona Lee Taylor                          )         Case No. 21−10845−djb
    aka Ramona L. Taylor                       )
    aka Ramona Taylor                          )
                                               )         Chapter: 13
    Debtor(s).                                 )
                                               )

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: May 28, 2026                              For The Court

                                                Mohung Wong
                                                Clerk of Court