United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 21-10845-djb

Ramona Lee Taylor                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: May 28, 2026                  Form ID: 138OBJ                               Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ramona Lee Taylor, 825 Lafayette St., Coatesville, PA 19320-2626 |
| 14913398 | + | Shellpoint Mortgage Servicing, c/o ANGELA CATHERINE PATTISON, Hill Wallack, LLP, 1415 Route 70 East, Suite 309 Cherry Hill, NJ 08034-2210 |
| 14595337 | + | The Township of Valley, c/o Portnoff Law Associates, Attn: Jannifer Anderson, 2700 Horizon Dr., King of Prussia, PA 19406-2726 |
| 14621617 | + | Township of Valley, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14621616 | + | Township of Valley, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2026 01:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2026 01:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14613458 | + | Email/Text: documentfiling@lciinc.com | May 29 2026 01:14:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14595332 | + | Email/Text: bankruptcydepartment@tsico.com | May 29 2026 01:15:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14599643 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 29 2026 01:14:00 | Federal Home Loan Mortgage Corp. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14905896 | + | Email/Text: mtgbk@shellpointmtg.com | May 29 2026 01:14:00 | Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14946895 | + | Email/Text: bkecf@padgettlawgroup.com | May 29 2026 01:14:00 | Federal Home Loan Mortgage Corporation as Trustee, c/o Joshua I. Goldman, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14736136 | ^ | MEBN | May 29 2026 01:12:52 | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14610581 | + | Email/Text: mtgbk@shellpointmtg.com | May 29 2026 01:14:00 | Legacy Mortgage Asset Trust 2019-GS6, PO Box 10826, Greenville, SC 29603-0826 |
| 14612888 | + | Email/Text: bkecf@padgettlawgroup.com | May 29 2026 01:14:00 | Legacy Mortgage Asset Trust 2019-GS6, c/o Joshua I Goldman, 6267 Old Water Oak Rd., Suite 203, Tallahassee, FL 32312-3858 |
| 14595333 | + | Email/PDF: cbp@omf.com | May 29 2026 01:18:11 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

District/off: 0313-2   User: admin   Page 2 of 3

Date Rcvd: May 28, 2026   Form ID: 138OBJ   Total Noticed: 21

| 14611075 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | | May 29 2026 01:28:26 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14595334 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | | May 29 2026 01:28:26 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14595335 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | May 29 2026 01:14:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14595336 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | May 29 2026 01:14:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 14966447 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | May 29 2026 01:14:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANTHONY A. FRIGO | on behalf of Debtor Ramona Lee Taylor anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Valley jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST jkatz@raslg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS6 Josh.Goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust Series 2019-3 as serviced by NewRez LLC d/b/a Shellpoint Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KAITLIN D. SHIRE | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust Series 2019-3 c/o Hill Wallack kshire@hillwallack.com, lharkins@ecf.courtdrive.com |

District/off: 0313-2        User: admin        Page 3 of 3

Date Rcvd: May 28, 2026        Form ID: 138OBJ        Total Noticed: 21

KENNETH E. WEST

      ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK

      on behalf of Creditor Regional Acceptance Corporation kebeck@metzlewis.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL

      on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit
Risk Transfer Trust, Series 2019-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

      on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

      on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com

ROBERT BRIAN SHEARER

      on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*Form 138OBJ* (6/24)−doc 140 − 132

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
   Ramona Lee Taylor                            )          Case No. 21−10845−djb
   aka Ramona L. Taylor                         )
   aka Ramona Taylor                            )
                                                )          Chapter: 13
   Debtor(s).                                   )
                                                )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 28, 2026                                  For The Court

                                                   Mohung Wong
                                                   Clerk of Court