**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Ramona Lee Taylor,**<br>**a/k/a Ramona L. Taylor,**<br>**a/k/a Ramona Taylor,**<br>          Debtor<br><br>**Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST**<br>          Movant<br>**v.**<br>**Ramona Lee Taylor,**<br>          Debtor/Respondent<br><br>**Kenneth E. West,**<br>          Trustee/Respondent | **Bankruptcy No. 21-10845-djb**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 20__, upon consideration of Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST; and it is further

ORDERED, that Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 827 Lafayette Street, Coatesville, PA 19320, including without limitation a sheriff's sale of the property.

BY THE COURT

**Date: June 5, 2026**

_____
**HON. Derek J Baker**
**U.S. Bankruptcy Court Judge**