United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 21-10845-djb

Ramona Lee Taylor                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ramona Lee Taylor, 825 Lafayette St., Coatesville, PA 19320-2626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Ramona Lee Taylor anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Valley jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST jkatz@raslg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust Series 2019-3 as serviced by NewRez LLC d/b/a Shellpoint Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS6 Josh.Goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |

District/off: 0313-2                                   User: admin                                              Page 2 of 2

Date Rcvd: Jul 02, 2026                               Form ID: 195                                        Total Noticed: 1

KAITLIN D. SHIRE

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust Series 2019-3 c/o Hill Wallack kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK

on behalf of Creditor Regional Acceptance Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL

on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                            : Chapter 13

Ramona Lee Taylor                                    : Case No. 21−10845−djb
　　　　　Debtor(s)

### *ORDER*
_____

　　　　AND NOW, this day , July 1, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


　　　　ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


　　　　　　　　　　　　　　　　By The Court

　　　　　　　　　　　　　　　　Derek J Baker
　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court


Form 195